# * UNITED STATES DISTRICT COURT CRIMINAL MINUTES *

Date: 03/22/24     Judge: Hilton          Reporter: J. Egal
Time: 10:01 am - 10:02 am                 Interpreter: _____
                                          Language: _____
                                          Probation Email: ___
                                          Jury Email: ___

# UNITED STATES OF AMERICA
    v.

ROBERT ELMORE                              1:24cr47
Defendant's Name                           Case Number

                                           Patricia Haynes
**Counsel for Defendant:**                 **Counsel for Government**

**Matter called for:**
[X] Arraignment    [ ] Pre-Indictment Plea    [ ] Change of Plea    [ ] Motions
[ ] Sentencing     [ ] Revocation Hearing     [ ] Docket Call       [ ] Appeal (USMC)
[ ] Other _____
Deft appeared:  [ ] in person  [X] failed to appear  [ ] with Counsel  [ ] without Counsel  [ ] through Counsel

**Filed in open court:**
[ ] Discovery Order   [ ] Information   [ ] Plea Agreement   [ ] Statement of Facts   [ ] Waiver of Indictment

**Arraignment & Plea:**
[ ] WFA    [ ] FA    [ ] PG    [ ] PNG    **Trial by Jury:**  [ ] Demanded   [ ] Waived
[ ] Days to file Motions with Argument on _____ at _____
[ ] Deft entered Plea of Guilty as to Count(s) _____ of the _____
[ ] Plea accepted, **Guilty Count(s)** _____
[ ] Motion for Dismissal of Count(s) _____ by  [ ] US  [ ] Deft
[ ] Order entered in open court          [ ] Order to follow
[ ] Deft directed to USPO for PSI--- [ ] Deft directed to cooperate with USPO for PSI
[ ] Case continued to: _____ at _____ for:
    [ ] Jury Trial    [ ] Bench Trial    [ ] Sentencing    [ ] Status

Deft did not appear when case was called
Govt advised the Court of deft status and that summons was returned unexecuted
Govt oral request for bench warrant is Granted
Court orders bench warrant be issued for deft's failure to appear for hearing

**Deft is:** [ ] In Custody  [X] Summons Issued  [ ] On Bond  [ ] Warrant Issued  [ ] 1st appearance

**Bond Set at**: $ _____    [ ] Unsecured   [ ] Surety   [ ] Personal Recognizance
[ ] Release Order Entered    [ ] Deft Remanded    [ ] Deft Released on Bond    [ ] Deft Continued on Bond