IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 1:24-CR-47 |
| | ) |
| ROBERT ELMORE, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On May 29, 2024, Defendant Robert Elmore appeared before this Court and an Order Setting Conditions of Release (ECF No. 12) was entered.

Upon the request of the Office of Probation, the Court amends the release order as follows:

1. Defendant must not possess a firearm, destructive device, or other weapon (Item 7-k of the release order).

2. Defendant shall surrender his passport to the probation office on or before Friday, May 31, 2024.

All other terms and conditions of the release order remain in full force and effect.

Entered this 29th day of May 2024.

/s/
William B. Porter
United States Magistrate Judge

William B. Porter
United States Magistrate Judge

Alexandria, Virginia